**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 CLAUDIA CHERA, as parent and natural
guardian of S.C., and CLAUDIA CHERA,
Individually,

                                        Plaintiff,

             -against-                                                    25 **CIVIL** 1710 (RMB)

                                                                          **JUDGMENT**

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                        Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision & Order dated April 8, 2026, the Defendant's motion to dismiss is

granted. See, e.g., Bay Shore, 485 F.3d at 736; Manos, slip op. at *6; Law Off of Philippe J.

Gerschel v. New York City Dep't of Educ., No. 1:24-CV-06303, 2025 WL 466973, at *7

(S.D.N.Y. Feb. 1, 2025).

**Dated:** New York, New York

        April 9, 2026


                                                          **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**


                                        **BY:**
                                                _____
                                                        **Deputy Clerk**